UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANDACE PINGPING WUCHANG,

    Plaintiff,

    v.

CITY OF REDWOOD CITY, et al.,

    Defendants.

Case No. 16-mc-80115-PJH

**ORDER DENYING LEAVE TO FILE COMPLAINT**

The court finds, pursuant to the October 27, 1998, order issued in C-98-1407 DLJ, WuChang v. Thornton (Doc. 105), that the above-entitled complaint submitted by plaintiff Candace Pingping WuChang is frivolous and duplicative. Accordingly, the court ORDERS that the Clerk of the Court not accept the complaint for filing, and that it be returned to plaintiff.

**IT IS SO ORDERED.**

Dated: June 2, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge